PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rojean Morgan                    Cr.: 05-00667-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 10/1/92

Original Offense: Conspiracy to Possess with Intent to Distribute and Distribute Cocaine Base, and Escape

Original Sentence: 170 months imprisonment on count 1, 60 months imprisonment on count 4 to run concurrent. Five years supervised release to run concurrent

Type of Supervision: Supervised Release            Date Supervision Commenced: 02/07/05

Assistant U.S. Attorney: To be assigned            Defense Attorney: To be assigned

### PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On May 11, 2005, the offender was arrested and charged by the Elizabeth, NJ Police Department with Obstruction of Law, Possession of CDS, Possession of CDS with Intent to Distribute, and Possession with Intent to Distribute CDS within 1,000 of School Property. On August 11, 2005, the offender was indicted on the above-noted charges in Superior Court of New Jersey, Union County.. |
| 2. | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The offender has been residing at 1013 Chandler Avenue, Apt. 2C, Linden, New Jersey; however, he advised the probation officer verbally and in writing that he was living at 620 Pierce Avenue, Linden, New Jersey. |

PROB 12C - Page 2
Rojean Morgan

3.       The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender tested positive for marijuana on June 28, 2005, August 2, 2005, and September 13, 2005.  The offender verbally admitted on September 13, 2005 that he has been smoking marijuana up to six (6) times per day since March 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Edward J. Irwin
U.S. Probation Officer
Date:  10/13/05

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: . 11/3/05 - 9:30am
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/19/05
Date

Dennis M. Cavanaugh
U.S. District Judge