PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rojean Morgan                                    Cr.: 05-00667-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 10/1/92

Original Offense: Conspiracy to Possess with Intent to Distribute and Distribute Cocaine Base, and Escape

Original Sentence: 170 months imprisonment on count 1, 60 months imprisonment on court 4 to run concurrent. Five years supervised release to run concurrent

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/07/05

Assistant U.S. Attorney: Scott McBride                         Defense Attorney: David Holman

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

      The offender had been residing at 1013 Chandler Avenue, Apt. 2C, Linden, New Jersey; however, he lied and advised the probation officer verbally and in writing that he was living at 620 Pierce Avenue, Linden, New Jersey.

2.    The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

      The offender tested positive for marijuana on June 28, 2005, August 2, 2005, and September 13, 2005. The offender verbally admitted on September 13, 2005 that he has been smoking marijuana up to six (6) times per day since March 2005. Additionally, the offender also verbally admitted to continued marijuana usage on a daily basis on November 7, 2005, December 13, 2005, and February 1, 2006.

PROB 12C - Page 2
Rojean Morgan

3.  The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

    On February 28, 2006, the offender was referred to the BI Outpatient Drug Program in Elizabeth, New Jersey for individual and group counseling. As of March 23, 2006, the offender has failed to attend treatment.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 03/24/06

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: ~~03/28/06~~ 3/31/06 at 9:30 a.m..
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

3-27-06
Date